IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., etc., | : |
| Plaintiff, | : |
| vs. | :   CA 15-0410-KD-C |
| SHELIA CAMPBELL and RAYFORD CAMPBELL, | : |
| | : |
| Defendants. | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 3, 2015 is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiffs' motion to remand is **GRANTED** and this action is **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** this 7th day of October 2015.

           s/ Kristi K. DuBose
           **KRISTI K. DuBOSE**
           **UNITED STATES DISTRICT JUDGE**